JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGEN CAPITAL INVESTMENTS II, LLC, a Massachusetts limited liability company;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS D. DEMATTOS AKA CARLOS MIGUEL DIDIER DE MATTOS FERNANDES AKA CARLOS DIDIER DEMATTOS, an individual; DANIEL M DEMATTOS, an individual; MATTHEW D DEMATTOS, an individual; ELENA DEMATTOS, an individual; MARCOS M DEMATTOS, an individual and as Trustee of the DEMATTOS MARCOS TRUST, the DEMATTOS 2012 TRUST, and the DEMATTOS INDUSTRIAL TRUST; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 20-2384-MWF (SKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE, APPROVAL OF SETTLEMENT AND RETENTION OF JURISDICTION** |

1. The Stipulation of the Parties, Plaintiff Origen Capital Investments II, LLC ("Plaintiff") and Defendants Carlos D. DeMattos, Daniel M. DeMattos, Matthew D. DeMattos, Elena DeMattos, and Marcos M. DeMattos (individually and as Trustee of the DeMattos Marcos Trust, DeMattos 2012 Trust, and the DeMattos Industrial Trust) (collectively, "Defendants") for approval of the settlement agreement, dismissal with prejudice of this proceeding and for this Court to retain jurisdiction to enforce the Settlement Agreement having been presented to the Court and good cause appearing therefore,

**It Is Hereby Ordered As Follows:**

1. The Settlement Agreement, a true and correct copy of which is attached hereto as Exhibit 1 is approved.

2. This case is hereby dismissed with prejudice.

3. Notwithstanding dismissal of this case with prejudice, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994), this Court shall retain jurisdiction subsequent to this dismissal for the purpose of enforcing the Parties' Settlement Agreement.

4. Except in the event that the Court must enforce the Parties' Settlement Agreement, each party shall bear its own fees and costs associated with this action.

**IT IS SO ORDERED.**

Dated: June 30, 2021

MICHAEL W. FITZGERALD
United States District Judge